| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)* 7:11-MJ-1158-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF OFFENDER | DISTRICT EASTERN NORTH CAROLINA | DIVISION Wilmington |
|---|---|---|
| Estefany Drake | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM August 8, 2012 / TO August 7, 2013 |

**OFFENSE**
18 U.S.C. § 13, assimilating NCGS 14-316.1, Contributing to the Delinquency of a Minor

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Middle District of Georgia upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

FILED
MAY 23 2013
JULIE A. RICHARDS/CLERK
US DISTRICT COURT, EDNC
DEPUTY CLERK

4-5-2013
Date

_____
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

April 26, 2013
Effective date

_____
United States District Judge